**Opinion issued April 22, 2025**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-25-00246-CV**

————————————

## IN RE ROBERT J. VILLENEUVE AND KELLES Q. KENNEDY, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On April 7, 2025, relators, Robert J. Villeneuve and Kelles Q. Kennedy, filed a petition for a writ of mandamus challenging the trial court's March 20, 2025 "Order on Petitioner's Verified Petition to Take Deposition Before Suit," allowing petitioner/real party in interest, Casey A. Sue, as the Independent Executor of the Estate of Cheryl Sue-Rabke and Trustee of the Cheryl Sue-Rabke Living Trust, to take pre-suit depositions of relators pursuant to Texas Rule of Civil Procedure 202.

Relators' petition argues that the trial court abused its discretion by ordering the pre-suit depositions."[1]

Relators requested that this Court grant the petition for writ of mandamus and direct the trial court to vacate the March 20, 2025 order.

In connection with its mandamus petition, on April 10, 2025, relators filed a "Motion to Stay" the underlying trial court case as well as the trial court's March 20, 2025 order pending the Court's review of the mandamus petition. On April 15, 2025, relators filed an "Emergency Motion for Consideration and Granting Their Motion to Stay." In their emergency motion, relators stated that Sue noticed the depositions ordered by the trial court, set for April 16, 2025. Relators requested a stay of the March 20, 2025 order to allow this Court to consider the mandamus petition. The Court denied relators' motions on April 16, 2025.

We conclude that relators have failed to establish that they are entitled to mandamus relief, and therefore the Court denies relators' petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

---

[1] The underlying case is *Casey A. Sue, as the Independent Executor of the Estate of Cheryl Sue-Rabke and Trustee of the Cheryl Sue-Rabke Living Trust v. Robert J. Villeneuve, NextGen3 Texans LLC f/k/a CERK Security LLC, and Kelles Q. Kennedy*, Cause No. 524769-401, in the Probate Court No. 1 of Harris County, Texas, the Honorable Jerry W. Simoneaux, Jr. presiding.